UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, AND : 22-CV-6492 (JMF)
APPRENTICESHIP, JOURNEYMAN RETRAINING, :
EDUCATIONAL AND INDUSTRY FUND et al., : ORDER
:
                    Petitioners, :
:
         -v- :
:
:
NORTH EAST FOUNDATIONS LLC, :
:
                    Respondent. :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On August 1, 2022, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **August 12, 2022**. Respondent's opposition, if any, is due on **August 26, 2022**. Petitioners' reply, if any, is due **September 2, 2022**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents electronically and by overnight mail no later than **August 12, 2022**, and shall file an affidavit of such service with the court no later than **August 15, 2022**.

SO ORDERED.

Dated: August 2, 2022                    _____
       New York, New York                       JESSE M. FURMAN
                                          United States District Judge