UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, the CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK f/k/a NEW YORK AND VICINITY CARPENTERS LABOR MANAGEMENT CORPORATION, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,<br><br>                                                          Petitioners,<br><br>                          -against-<br><br>NORTH EAST FOUNDATIONS LLC,<br><br>                                                          Respondent. | 22 CV 6492 (JMF)<br><br>**ORDER AND JUDGMENT** |

The Petitioners having filed a petition to confirm an arbitration award ("Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the May 24, 2022 arbitration award ("Award") is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;
2. Ordering Respondent to submit to an audit of its books and records covering September 29, 2020 through the present;
3. Awarding Petitioners $90,072.39 pursuant to the Award, plus interest thereon at the rate of 5.25% from May 24, 2022 through September 9, 2022, totaling $1,399.68;
4. Awarding Petitioners $385 in attorneys' fees and $77 in costs arising out of this proceeding; and
5. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
       September 9   , 2022

By: _____
U.S.D.J.  Jesse M. Furman